UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT Knoxville

Robert (Bob) Chapman )
_____ )
_____ )
Name of plaintiff (s)     )
                          )
v.                        )   Case No. 3:17cv454
Lester Pitts              )           (to be assigned by Clerk)
_____   )
_____   )
Name of defendant (s)     )

## COMPLAINT

1. A short and plain statement of the grounds for filing this case in federal court (include federal statutes and/or U.S. Constitutional provisions, if you know them):

18 U.S.A § 471 + 472

The Tenth Judicial District of TN has decided to deny Robert Chapman his rights as a citizen

2. Plaintiff, Robert (Bob) Chapman resides at 302 S High St, Apt 14, Sweetwater
   street address                                                       city
   Monroe, TN, 37874, 423-561-0435
   county    state  zip code  telephone number

(if more than one plaintiff, provide the same information for each plaintiff below)

1

3. Defendant, Lester Pike lives at, or its business is located at 638 Regan Valley Rd., Tellico Plains, Monroe, TN, 37385.

street address / city / county / state / zip code

(if more than one defendant, provide the same information for each defendant below)

4. Short and plain statement of your claim (state as briefly as possible the facts of your case and how each defendant is involved. You may use additional paper if necessary):

On May 1, 2017 Lester Pike paid Robert (Bob) Chapman $50 on a debt Lester owed Robert with a counterfiet $50 Bill Serial # RP16073658F

See Evidence Container

2

5. A demand for judgment for the relief you seek (list what you want the Court to do):

   a. _Request Lester Pike be prosecuted for breaking Federal law_

   b. _____

   c. _____

   d. _____

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this _Robert Chapman_ day of _17 OCT_, 20_17_

_Robert T. Chapman_
Signature of plaintiff(s)

3